U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 11 2012

CHRIS R. JOHNSON, Clerk
By
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SWANZETTUA BLANCHARD                                          PLAINTIFF

VS.                        CASE NO.: CV-2012-6066

THE CITY OF ARKADELPHIA, and
OFFICER JOHN DOE, INDIVIDUALLY, AND IN HIS
OFFICIAL CAPACITY AS DEPUTY SHERIFF FOR
THE CLARK COUNTY SHERIFF'S DEPARTMENT              DEFENDANTS

### COMPLAINT AT LAW

**COMES NOW** the Plaintiff, SWANZETTUA BLANCHARD, by and through her attorneys, Hurst, Morrissey and Hurst, P.L.L.C., through Josh Q. Hurst, and for her Complaint Law against the Defendants, states:

### INTRODUCTORY STATEMENT

1. That this an action for damages sustained by a citizen of the United States of America against the City of Arkadelphia and Officer John Doe who did on or about May 11, 2009 allow an inmate at the Clark County Detention Center, Charles Williams commit an assault and battery and cause physical injury against the person of the Plaintiff.

### JURISDICTION

2. Jurisdiction in this case is brought pursuant to 42 U.S.C. § 1983.

3. Jurisdiction is based upon 28 U.S.C. § 1331 and § 1343(1), (3), (4) and the aforementioned statutory provisions. Plaintiff further invokes the pendent jurisdiction of this Court to hear and decide claims arising under state law.

## PARTIES

4. The Plaintiff, SWANZETTUA BLANCHARD is a resident of Hot Springs, Garland County, Arkansas at all times relevant to the allegations of this Complaint.

5. That the Clark County Sheriff's Department is located wholly within the confines of Clark County, Arkansas.

6. That the Plaintiff verily believes and therefore alleges that Separate Defendant, JOHN DOE, is a resident of Clark County, Arkansas.

7. That the actions set forth herein below occurred exclusively within the confines of Clark County, Arkansas.

## FIRST CAUSE OF ACTION

8. That on or about May 11, 2009, the Plaintiff and her minor son were visiting her husband who was a prisoner in the Clark County Detention Center. After visiting with her husband the Plaintiff's husband began to argue with the Plaintiff through a protective glass barrier, when suddenly the Plaintiff's husband walked out of the confined room that he was in right past a police officer and began to knock the Plaintiff to the ground shocking and beating her in front of her son. That at no time during this attack did the Separate Defendant, JOHN DOE or any other individual with the Clark County Detention Center try and stop the Plaintiff's husband from continuously beating her.

9. At some point during the attack the Plaintiff was able to get to her feet and run to an office in the Detention Center whereupon a female

individual who was working inside the office intervened and told the Plaintiff's husband to go back to his cell.

10. That after the beating the Plaintiff was taken to the Emergency Room at Baptist Medical Center and treated for the injuries she sustained.

11. That as a direct and proximate cause of the Defendants' actions, the Plaintiff has suffered and continues to suffers extreme emotional distress.

12. That as a direct and proximate cause of the Defendants' actions, the Plaintiff has sustained medical expenses, pain and suffering, permanent scaring, and loss of income, all of which she is now seeking compensation.

13. That Defendants acted with such deliberate indifference to the health and safety of the Plaintiff that the imposition of punitive damages is proper.

## SECOND CAUSE OF ACTION

14. The Plaintiff hereby re-alleges the paragraphs of this Complaint as set forth fully.

15. That the acts and conducts of the Defendants alleged in the above stated cause of action constitute intentional infliction of emotional distress under the laws of the State of Arkansas and this Court has pendent jurisdiction to hear and adjudicate the state court causes of action.

16. That the Plaintiff requests a trial by jury.

**WHEREFORE**, the Plaintiff, SWANZETTUA BLANCHARD, requests the following relief:

    a.    compensatory damages;

    b.    punitive damages;

    c.    reasonable costs and attorney's fees associated with the pursuit of this matter;

    d.    trial by jury; and

    e.    all other just and proper relief as determined by this Court.

Respectfully submitted,
SWANZETTUA BLANCHARD, **Plaintiff**

By: _____
Josh Q. Hurst
Arkansas Bar No. 2004016
Hurst, Morrissey & Hurst, PLLC
518 Ouachita Avenue
Hot Springs, Arkansas 71901
(501) 623-2565 Telephone
(501) 623-9391 Facsimile