```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

SWANZETTUA BLANCHARD                                    PLAINTIFF

V.                    CIVIL NO. 12-6066

JOHN DOE, individually                                  DEFENDANT

### **O R D E R**

Currently before the Court is Plaintiff's Motion to Dismiss Complaint Without Prejudice (doc. 25). Upon due consideration, the motion is GRANTED, and Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 3rd day of June 2013.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**